# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN LENNIN ARGUETA,<br><br>            Petitioner,<br><br>      v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et.al.,<br><br>            Respondents. | 1:08-cv-01911 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 4] |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 23, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 23, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and

3. The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**    February 3, 2009                          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE